36 A.3d 1062
STATE OF NEW JERSEY, PLAINTIFF–MOVANT,
v. JOHN J. LAWLESS JR., DEFENDANT.

February 9, 2012.

ORDERED that the motion for leave to appeal is granted.